IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
GERRY SCRUGGS,                     :
                                   :
          Plaintiff,               :
v.                                 :
                                   :   CASE NO. 4:21-cv-00139-CDL
CASEY STEVENS LAW FIRM,            :
et al.,                            :
                                   :
          Defendants.              :
_____
```

**ORDER**

On August 11, 2021, the Court received Plaintiff's *pro se* complaint (ECF No. 1) raising claims pursuant to 42 U.S.C. § 1983.  Plaintiff, however, failed to pay the filing fee or submit a motion for leave to proceed *in forma pauperis* ("IFP").  Although Plaintiff filed an "Affidavit of Poverty" (ECF No. 2), this document does not include any information about Plaintiff's financial circumstances, and the Court is unable to determine whether Plaintiff is entitled to proceed IFP.  Thus, before this action may proceed, Plaintiff must either pay the required $402.00 filing fee or file a motion for leave to proceed IFP using the Court's standard form.

Accordingly, Plaintiff is **ORDERED** to pay the filing fee or file a motion for leave to proceed *in forma pauperis* within **FOURTEEN (14) DAYS.**  The Clerk is DIRECTED to send Plaintiff

a financial affidavit form along with a copy of this Order. Failure to comply with this Order may result in the dismissal of Plaintiff's action.  There shall be no service of process in this case until further order of the Court.

SO ORDERED, this **12th** day of **August, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE