```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

GERRY SCRUGGS,                      *

    Plaintiff,                    *

vs.                                 *

CASEY STEVENS LAW FIRM *et al.*,    *    CASE NO. 4:21-cv-00139-CDL

    Defendants.                   *

                                                                     *

## O R D E R

The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's order to pay the filing fee or submit a proper motion for leave to proceed in forma pauperis. The deadline for Plaintiff to show cause was fourteen days from September 8, 2021. The Court warned that failure to respond would result in the dismissal of Plaintiff's Complaint against Defendants for failure to comply. Plaintiff did not respond to the show cause order. Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of September, 2021.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA